49779
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc., dba Chrysler Capital
JM5630_____

|  |  |
|---|---|
|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| IN RE:   EDITH CRUZ<br>         RAMON D. CRUZ-NIEVES |  |
|  | CHAPTER: 13<br>CASE NO: 19-24907 (CMG)<br>HEARING DATE: |
|  | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Santander Consumer USA Inc., dba Chrysler Capital

enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to

Fed R Bankr P 9010, hereby enters their appearance as attorneys for Santander

Consumer USA Inc..dba Chrysler Capital with regard to all matters and proceedings

in the above captioned case, showing counsel's name, office address and telephone

number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Santander Consumer USA Inc., dba Chrysler Capital pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Santander Consumer USA Inc.dba Chrysler Capital by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

   Santander Consumer USA Inc., d/b/a Chrysler Capital
   P.O. Box 961275
   Fort Worth, TX 76161

Santander Consumer USA Inc. dba Chrysler Capital pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

                                       /s/   John R. Morton, Jr.
                                       John R. Morton, Jr., Esquire
                                       Attorney for Santander Consumer USA Inc., dba Chrysler Capital

Dated: