Certificate Number: 14912-NJ-DE-033431929

Bankruptcy Case Number: 19-24907



14912-NJ-DE-033431929

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 18, 2019</u>, at <u>5:46</u> o'clock <u>PM EDT</u>, <u>Edith Cruz</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>September 18, 2019</u>         By:    <u>/s/Jai Bhatt</u>

                                         Name:  <u>Jai Bhatt</u>

                                         Title: <u>Counselor</u>