| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-24907 / CMG**

Edith Cruz
Ramon D. Cruz-Nieves

Petition Filed Date: 07/31/2019
341 Hearing Date: 08/29/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2019 | $1,065.51 | 61209100 | 09/16/2019 | $1,065.51 | 61785360 | 10/21/2019 | $1,065.51 | 62633280 |
| 11/07/2019 | $1,065.51 | 63158480 | 12/06/2019 | $1,065.51 | 63860430 | | | |

**Total Receipts for the Period: $5,327.55   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,393.06**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Edith Cruz | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROGER CHAVEZ ESQ | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | DISCOVER BANK | Unsecured Creditors | $2,379.13 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $199.90 | $0.00 | $0.00 |
| 3 | TMOBILE/ BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $920.40 | $0.00 | $0.00 |
| 4 | SANTANDER CONSUMER USA INC dba | Debt Secured by Vehicle | $1,245.10 | $0.00 | $0.00 |
|   | »»  2015 CHEVROLET SUBURBAN |   |   |   |   |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $610.99 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $1,017.43 | $0.00 | $0.00 |
| 7 | HYUNDAI LEASE TITLING TRUST | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|   | »»  2017 HYUNDAI SANTA FE/LEASE |   |   |   |   |
| 8 | HYUNDAI LEASE TITLING TRUST | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|   | »»  2018 HYUNDAI TUCSON/LEASE |   |   |   |   |
| 9 | SUNTRUST BANK | Unsecured Creditors | $23,686.15 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,645.52 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $746.51 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $725.38 | $0.00 | $0.00 |
| 13 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $933.00 | $0.00 | $0.00 |
| 14 | Plainfield Emergency Physicians, PA | Unsecured Creditors | $4,416.50 | $0.00 | $0.00 |
| 15 | MIDDLESEX EMERGENCY PHYSICIANS PA | Unsecured Creditors | $1,654.92 | $0.00 | $0.00 |
| 16 | MIDDLESEX EMERGENCY PHYSICIANS PA | Unsecured Creditors | $1,294.00 | $0.00 | $0.00 |
| 17 | Plainfield Emergency Physicians, PA | Unsecured Creditors | $1,204.00 | $0.00 | $0.00 |
| 18 | Verizon by American InfoSource as Agent | Unsecured Creditors | $3,410.57 | $0.00 | $0.00 |
| 19 | QUANTUM3 GROUP LLC | Unsecured Creditors | $583.37 | $0.00 | $0.00 |
|   | »»  NEW YORK & CO |   |   |   |   |

**Chapter 13 Case No. 19-24907 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 20 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $124.94 | $0.00 | $0.00 |
| 21 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $7.62 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK<br>»» GAP CARD | Unsecured Creditors | $170.23 | $0.00 | $0.00 |
| 23 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» MATTRESS FIRM | Unsecured Creditors | $468.00 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WALMART | Unsecured Creditors | $858.00 | $0.00 | $0.00 |
| 25 | US BANK NATIONAL ASSOCIATION<br>»» P/2 KENNEDY CT/1ST MTG | Mortgage Arrears | $24,426.62 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,393.06 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,065.51 |
| Paid to Trustee: | $354.83 | Arrearages: | $0.00 |
| Funds on Hand: | $6,038.23 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**