UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49779
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc. dba Chrysler Capital

In Re:
EDITH CRUZ

RAMON D. CRUZ-NIEVES

**Order Filed on April 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-24907

Adv. No.:

Hearing Date: 3-4-20

Judge: CMG

# REVISED ORDER SETTING AMOUNT TO BE PAID THROUGH PLAN AND DIRECTING THE TRUSTEE TO MAKE ADEQUATE PROTECTION PAYMENTS TO SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 30, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Edith and Ramon Cruz**
**19-24907(CMG)**
**REVISED Order Setting Amount to be Paid to and Directing the Chapter 13 Trustee to make Adequate Protection Payments to Santander Consumer USA Inc. dba Chrysler Capital**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital, with the appearance of Roger Chavez, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. **Amount to be paid to Santander Consumer USA Inc. dba Chrysler Capital:** The trustee shall pay Santander Consumer USA Inc. dba Chrysler Capital the sum of $17,544.00 over 36 months (being the vehicle value of $16,000.00 with interest at 6.25% for 36 months).

2. **Adequate protection payments:** The Chapter 13 Trustee shall make adequate protection payments to Santander Consumer USA Inc. dba Chrysler Capital in the amount of $160 per month.

3. **Commencement and frequency of adequate protection payments:** Adequate protection payments shall be made monthly, each month to Santander Consumer USA Inc. dba Chrysler Capital commencing in August of 2019.

4. **Duration of adequate protection payments:** Adequate protection payments shall be made monthly to Santander Consumer USA Inc. dba Chrysler Capital until all counsel fees have been paid and regular distributions begin to be made to Santander Consumer USA Inc. dba Chrysler Capital. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Santander Consumer USA Inc. dba Chrysler Capital until the remaining counsel fees have been paid.

5. **Lien retention:** Santander Consumer USA Inc. shall retain its lien on the debtor's vehicle after confirmation and until it has been paid in full through the plan and the debtors complete the plan and receive a discharge.