| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>744 BROAD STREET, SUITE 1600<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTORS, EDITH CRUZ AND RAMON D. CRUZ-NIEVES |

Order Filed on August 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>EDITH CRUZ AND RAMON D. CRUZ-NIEVES,<br><br>DEBTORS. | Case No.: 19-24907/CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 24, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that Roger Chavez, Esquire, the applicant, is allowed a fee of $750.00 for services rendered and expenses in the amount of $0.00 for a total of $750.00.  The allowance is payable:

☐ $0.00 through the Chapter 13 plan as an administrative priority.

☒ $750.00 already paid outside the plan.

The debtor's monthly plan is modified to require a payment of $ N/A per month for N/A months to allow for payment of the above fee.

*rev.8/1/15*