| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>744 BROAD STREET, SUITE 1600<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTORS, EDITH CRUZ AND<br>RAMON D. CRUZ-NIEVES |
| In Re:<br><br>EDITH CRUZ AND RAMON D. CRUZ-NIEVES,<br><br>DEBTORS. |

Order Filed on August 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:       19-24907/CMG

Chapter:        13

Judge:          Christine M. Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 24, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that Roger Chavez, Esquire, the applicant, is allowed a fee of $750.00 for services rendered and expenses in the amount of $0.00 for a total of $750.00. The allowance is payable:

☐ $0.00 through the Chapter 13 plan as an administrative priority.

☒ $750.00 already paid outside the plan.

The debtor's monthly plan is modified to require a payment of $ N/A per month for N/A months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Edith Cruz  
Ramon D. Cruz-Nieves  
    Debtors

Case No. 19-24907-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 24, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.  
db/jdb         +Edith Cruz,    Ramon D. Cruz-Nieves,    2 Kennedy Court,    North Plainfield, NJ 07062-2404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:

           Albert    Russo     docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor     U.S. Bank National Association, as Trustee Et Al...  
             dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           John R. Morton, Jr.     on behalf of Creditor     Santander Consumer USA Inc. dba Chrysler Capital  
             ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
           Kevin Gordon McDonald     on behalf of Creditor     U.S. Bank National Association, as Trustee Et  
           Al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Roger    Chavez     on behalf of Joint Debtor Ramon D. Cruz-Nieves rchavez01@aol.com,  
             rchavez@chavezlegal.com  
           Roger    Chavez     on behalf of Debtor Edith    Cruz rchavez01@aol.com,    rchavez@chavezlegal.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                        TOTAL: 7