| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-24907 / CMG**

Edith Cruz  
Ramon D. Cruz-Nieves

Petition Filed Date: 07/31/2019  
341 Hearing Date: 08/29/2019  
Confirmation Date: 03/04/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/19/2021 | $1,389.00 | 73838170 | 02/16/2021 | $1,389.00 | 74540230 | 03/15/2021 | $1,389.00 | 75233530 |
| 04/21/2021 | $1,389.00 | 76148460 | 05/14/2021 | $1,389.00 | 76698460 | 06/18/2021 | $1,389.00 | 77514910 |
| 07/19/2021 | $1,389.00 | 78170470 | 08/16/2021 | $1,389.00 | 78797650 | 09/13/2021 | $1,389.00 | 79442170 |
| 10/25/2021 | $1,389.00 | 80317730 | 12/02/2021 | $1,389.00 | 81169120 | 12/28/2021 | $1,389.00 | 81688160 |
| 02/01/2022 | $1,389.00 | 82471730 | | | | | | |

**Total Receipts for the Period: $18,057.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $39,405.57**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Edith Cruz | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Roger Chavez, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $2,379.13 | $0.00 | $2,379.13 |
| 2 | DISCOVER BANK | Unsecured Creditors | $199.90 | $0.00 | $199.90 |
| 3 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $920.40 | $0.00 | $920.40 |
| 4 | SANTANDER CONSUMER USA INC dba<br>»»  2015 CHEVROLET SUBURBAN/CRAM/ORDER 4/30/2020 | Debt Secured by Vehicle | $17,544.00 | $14,051.95 | $3,492.05 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $610.99 | $0.00 | $610.99 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $1,017.43 | $0.00 | $1,017.43 |
| 7 | HYUNDAI LEASE TITLING TRUST<br>»»  2017 HYUNDAI SANTA FE/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | HYUNDAI LEASE TITLING TRUST<br>»»  2019 HYUNDAI TUCSON/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | SUNTRUST BANK | Unsecured Creditors | $23,686.15 | $0.00 | $23,686.15 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,645.52 | $0.00 | $1,645.52 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $746.51 | $0.00 | $746.51 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $725.38 | $0.00 | $725.38 |
| 13 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $933.00 | $0.00 | $933.00 |
| 14 | Plainfield Emergency Physicians, PA<br>»»  MUHLENBERG REG MED CTR | Unsecured Creditors | $4,416.50 | $0.00 | $4,416.50 |
| 15 | MIDDLESEX EMERGENCY PHYSICIANS PA<br>»»  JFK MED CTR | Unsecured Creditors | $1,654.92 | $0.00 | $1,654.92 |

**Chapter 13 Case No. 19-24907 / CMG**

| | | | | | |
|---|---|---|---|---|---:|
| 16 | MIDDLESEX EMERGENCY PHYSICIANS PA<br>»»  JFK MED CTR | Unsecured Creditors | $1,294.00 | $0.00 | $1,294.00 |
| 17 | Plainfield Emergency Physicians, PA<br>»»  MUHLENBERG REG MED CTR | Unsecured Creditors | $1,204.00 | $0.00 | $1,204.00 |
| 18 | Verizon by American InfoSource as Agent | Unsecured Creditors | $3,410.57 | $0.00 | $3,410.57 |
| 19 | QUANTUM3 GROUP LLC<br>»»  NEW YORK & CO | Unsecured Creditors | $583.37 | $0.00 | $583.37 |
| 20 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP | Unsecured Creditors | $124.94 | $0.00 | $124.94 |
| 21 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP | Unsecured Creditors | $7.62 | $0.00 | $7.62 |
| 22 | SYNCHRONY BANK<br>»»  GAP CARD | Unsecured Creditors | $170.23 | $0.00 | $170.23 |
| 23 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  SYNCHRONY/MATTRESS FIRM | Unsecured Creditors | $468.00 | $0.00 | $468.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/WALMART | Unsecured Creditors | $858.00 | $0.00 | $858.00 |
| 25 | US BANK NATIONAL ASSOCIATION<br>»»  P/2 KENNEDY CT/1ST MTG | Mortgage Arrears | $24,426.62 | $20,124.53 | $4,302.09 |
| 26 | Chase Home Finance<br>»»  P/2 KENNEDY COURT/2ND MRTG/CRAM TO $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 10004 | SANTANDER CONSUMER USA INC dba<br>»»  Split Claim 2015 CHEVROLET SUBURBAN/CRAM BAL | Unsecured Creditors | $14,280.38 | $0.00 | $14,280.38 |
| 0 | Roger Chavez, Esq.<br>»»  ORDER 8/24/20 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $39,405.57 | Plan Balance: | $8,334.00 ** |
| Paid to Claims: | $35,176.48 | Current Monthly Payment: | $1,389.00 |
| Paid to Trustee: | $2,956.77 | Arrearages: | $1,389.00 |
| Funds on Hand: | $1,272.32 | Total Plan Base: | $47,739.57 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.