Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                   Case No.:  19−24907−CMG
                                   Chapter:  13
                                   Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edith Cruz                                      Ramon D. Cruz−Nieves
   aka Edith M. Cruz                         aka Ramon Cruz
   2 Kennedy Court                           2 Kennedy Court
   North Plainfield, NJ 07062               North Plainfield, NJ 07062

Social Security No.:
   xxx−xx−1164                                  xxx−xx−7972

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on February 17, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 47 − 45
Order Granting Application For Retention of Professional Christopher K. Johnston, Esq. as Special Counsel (Related Doc # 45). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/17/2022. (dmi)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 17, 2022
JAN: dmi

                                                                                         Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24907-CMG |
| Edith Cruz | Chapter 13 |
| Ramon D. Cruz-Nieves | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 17, 2022 | Form ID: orderntc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| sp | Christopher Kyle Johnston, Law Office of Christopher Johnston, LLC, PBM 60585 P.O. Box 7775, San Francisco, CA 94120-7775 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2022          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Roger Chavez | on behalf of Joint Debtor Ramon D. Cruz-Nieves rchavez@chavezlegal.com rchavez01@aol.com |
| Roger Chavez | on behalf of Debtor Edith Cruz rchavez@chavezlegal.com rchavez01@aol.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 17, 2022 | Form ID: orderntc | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7