Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−24907−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edith Cruz
aka Edith M. Cruz
2 Kennedy Court
North Plainfield, NJ 07062

Ramon D. Cruz−Nieves
aka Ramon Cruz
2 Kennedy Court
North Plainfield, NJ 07062

Social Security No.:
xxx−xx−1164

xxx−xx−7972

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      4/6/22
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Roger Chavez, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,263.15

EXPENSES
$36.85

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 22, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24907-CMG |
| Edith Cruz | Chapter 13 |
| Ramon D. Cruz-Nieves | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Feb 22, 2022 | Form ID: 137 | Total Noticed: 114 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edith Cruz, Ramon D. Cruz-Nieves, 2 Kennedy Court, North Plainfield, NJ 07062-2404 |
| sp | | Christopher Kyle Johnston, Law Office of Christopher Johnston, LLC, PBM 60585 P.O. Box 7775, San Francisco, CA 94120-7775 |
| 518383725 | + | Ashwood Financial Services, 6325-A South East Street, Indianapolis, IN 46227-7111 |
| 518383726 | | Assisting Hands Home Care, A/K/A TYCE LLC, 513 West Mt. Prospect Avenue, Suite 111, Livingston, NJ 07039 |
| 518383735 | + | Chrysler Financial Company LLC, Chryler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518383736 | + | Chrysler Financial Company LLC, Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 518383737 | + | Chrysler Financial Company, LLC, Chrysler Capital, ATTN: Bankruptcy Dept., P.O. Box 961278, Fort Worth, TX 76161-0278 |
| 518383744 | + | David B. Watner, P.O. Box 6189, 1129 Bloomfield Avenue, Suite 208, West Caldwell, NJ 07006-7123 |
| 518383745 | + | Devang G. Patel, MD, 904 Oak Tree Avenue H, South Plainfield, NJ 07080-5126 |
| 518383749 | + | Eastern Dental of Union, LLC, 2115 Route 22 West, Union, NJ 07083-8409 |
| 518383751 | | Edison Radiology Group PA, P.O. Box 3271, Indianapolis, IN 46206-3271 |
| 518383752 | | Edison Radiology Group PA, P.O. Box 2187, Edison, NJ 08818-2187 |
| 518383750 | | Edison Radiology Group PA, 65 James Street, Edison, NJ 08820-3947 |
| 518383753 | + | Gastroenterology Consultants Of SJ, Amherst Commons, Building A, Suite 2, 693 Main Street, Lumberton, NJ 08048-5043 |
| 518383754 | + | Hematology Oncology Consultant, Beaula V. Koduri, MD, 2110 Oak Treet Road, Edison, NJ 08820-1404 |
| 518383759 | + | James Street Anesthesia Associates, 102 James Street, Suite 103, Edison, NJ 08820-3970 |
| 518383763 | + | KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518383767 | + | LCA Collections, C/O Laboratory Corporation of America, 1250 Chapel Hill Road, Burlington, NC 27215-7141 |
| 518383766 | | LCA Collections, C/O Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 518383765 | + | LabCorp, Laboratory Corporation Of America, 1250 Chapel Hill Road, Burlington, NC 27215-7141 |
| 518383764 | | LabCorp, Laboratory Corporation Of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 518479888 | | Middlesex Emergency Physician PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518383769 | | Middlesex Emergency Physicians, PA, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 518383770 | | Middlesex Emergency Physicians, PA, C/O Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 518383768 | | Middlesex Emergency Physicians, PA, 65 James Street, Edison, NJ 08820-3947 |
| 518383772 | + | New Jersey Manufacturers Insurance, 301 Sullivan Way, West Trenton, NJ 08628-3496 |
| 518383771 | + | New Jersey Manufacturers Insurance, 1599 Littleton Road, Parsippany, NJ 07054-3803 |
| 518479876 | | Plainfield Emergency Physician PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518383777 | + | Quality Asset Recovery, LLC, 7 Foster Avenue, Suite 101, Gibbsboro, NJ 08026-1191 |
| 518383779 | | Quest Diagnostics, Inc., P.O. Box 740985, Cincinnati, OH 45274-0985 |
| 518383780 | | Remex, Inc., Revenue Management Excellance, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518383785 | + | Select Portfolio Servicing, Inc., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 518383784 | + | Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 518383783 | + | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518383786 | + | Service Finance Company LLC, 555 South Federal Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 518447106 | + | Suntust Bank, Service Finance Co LLC, 555 S Federal Hwy # 200, Boca Raton, FL 33432-6033 |
| 518383806 | + | U.S. Bank National Association, 101 North Phillips Avenue, Sioux Falls, SD 57104-6738 |
| 518504313 | | U.S. Bank National Association et.al, c/o Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518383807 | + | University Radiology Group PC, PO Box 1075, 579A Cranbury Road, East Brunswick, NJ 08816-5426 |
| 518383809 | ++ | VENGROFF WILLIAMS INC, PO BOX 4155, SARASOTA FL 34230-4155 address filed with court:, Vengroff Williams, Inc., 368 Veteran's Memorial Highway, Suite 11, Commack, NY 11725 |
| 518383813 | + | Wandaly Cruz, 2 Kennedy Court, North Plainfield, NJ 07062-2404 |

| District/off: 0312-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: 137 | Total Noticed: 114 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg |   Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2022 23:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 22 2022 23:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: enotifications@santanderconsumerusa.com | Feb 22 2022 23:19:00 | Santander Consumer USA Inc. dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 518383729 |   Email/Text: g20956@att.com | Feb 22 2022 23:20:00 | AT&T Wireless, P.O. Box 10330, Fort Wayne, IN 46851-0330 |
| 518383727 | + Email/Text: g20956@att.com | Feb 22 2022 23:20:00 | AT&T Wireless, 17000 Cantrell Road, Little Rock, AR 72223-4266 |
| 518383728 |   Email/Text: g20956@att.com | Feb 22 2022 23:20:00 | AT&T Wireless, 1801 Valley View Lane, Dallas, TX 75234-8906 |
| 518383720 | + Email/Text: American@AABinfo.net | Feb 22 2022 23:19:00 | American Adjustment Bureau, P.O. Box 2758, Waterbury, CT 06723-2758 |
| 518383721 | + Email/Text: American@AABinfo.net | Feb 22 2022 23:19:00 | American Adjustment Bureau, 73 Field Street, Waterbury, CT 06702-1906 |
| 518383724 | + Email/PDF: bncnotices@becket-lee.com | Feb 22 2022 23:15:59 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 518383722 | + Email/PDF: bncnotices@becket-lee.com | Feb 22 2022 23:15:59 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 518383723 |   Email/PDF: bncnotices@becket-lee.com | Feb 22 2022 23:16:08 | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518419556 |   Email/PDF: bncnotices@becket-lee.com | Feb 22 2022 23:15:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518494903 |   Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2022 23:16:11 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518383732 |   Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2022 23:15:33 | Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 518452607 | + Email/PDF: ebn_ais@aisinfo.com | Feb 22 2022 23:16:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518383730 |   Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2022 23:15:33 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518383731 |   Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2022 23:15:33 | Capital One Bank USA NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518383739 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2022 23:19:00 | Comenity Bank, C/O New York & Company, P.O. Box 182125, Columbus, OH 43218-2125 |
| 518383740 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2022 23:19:00 | Comenity Bank, C/O New York & Company, PO Box 182273, Columbus, OH 43218-2273 |
| 518383738 |   Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2022 23:19:00 | Comenity Bank, C/O New York & Company, PO Box 182789, Columbus, OH 43218-2789 |
| 518383741 | + Email/Text: bankruptcy@credencerm.com | Feb 22 2022 23:20:00 | Credence Resource Management LLC, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 518383742 | + Email/Text: bankruptcy@credencerm.com | Feb 22 2022 23:20:00 | Credence Resource Management LLC, P.O. Box 2147, Southgate, MI 48195-4147 |

Case 19-24907-CMG    Doc 52    Filed 02/24/22    Entered 02/25/22 00:19:14    Desc Imaged
                               Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: 137 | Total Noticed: 114 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518383743 | + | Email/Text: bankruptcy@credencerm.com | Feb 22 2022 23:20:00 | Credence Resource Management LLC, P.O. Box 2390, Southgate, MI 48195-4390 |
| 518383746 | | Email/Text: mrdiscen@discover.com | Feb 22 2022 23:19:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 518383747 | | Email/Text: mrdiscen@discover.com | Feb 22 2022 23:19:00 | Discover Financial Services, PO Box 30943, Salt Lake City, UT 84130 |
| 518394485 | | Email/Text: mrdiscen@discover.com | Feb 22 2022 23:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518383748 | + | Email/Text: mrdiscen@discover.com | Feb 22 2022 23:19:00 | Discover Financial Services, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 518383758 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 22 2022 23:20:00 | Hyundai Motor Finance, A/K/A KIA Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 518443784 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 22 2022 23:20:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518383757 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 22 2022 23:20:00 | Hyundai Motor Finance, A/K/A KIA Motors Finance, 4000 Macarthur Boulevard, Suite 1000, Newport Beach, CA 92660-2544 |
| 518383755 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 22 2022 23:20:00 | Hyundai Motor Finance, A/K/A KIA Motors Finance, Credit Dispute, P.O. Box 20835, Fountain Valley, CA 92728-0835 |
| 518383756 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 22 2022 23:20:00 | Hyundai Motor Finance, A/K/A KIA Motors Finance, ATTN: Correspondence, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 518501630 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 22 2022 23:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518383760 | + | Email/Text: abachman@rmbcollect.com | Feb 22 2022 23:20:00 | JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938 |
| 518383761 | + | Email/Text: abachman@rmbcollect.com | Feb 22 2022 23:20:00 | JFK Medical Center, P.O. Box 11913, Newark, NJ 07101-4913 |
| 518383733 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2022 23:15:30 | Chase Home Finance, MAIL CODE LA4-6945, 700 Kansas Lane, Monroe, LA 71203 |
| 518383734 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2022 23:15:54 | Chase Home Finance, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 518383773 | + | Email/Text: bankruptcy@onlineis.com | Feb 22 2022 23:19:00 | Online Information Services, A/K/A Online Collections, P.O. Box 1489, Winterville, NC 28590-1489 |
| 518383774 | + | Email/Text: bankruptcy@onlineis.com | Feb 22 2022 23:19:00 | Online Information Services, A/K/A Online Collections, 685 West Firetower Road, Winterville, NC 28590-9232 |
| 518504164 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2022 23:16:10 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 518383776 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:29 | PayPal Credit, P.O. Box 5018, Timonium, MD 21094-5018 |
| 518383775 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:56 | PayPal Credit, P.O. Box 5138, Timonium, MD 21094-5138 |
| 518491712 | | Email/Text: bnc-quantum@quantum3group.com | Feb 22 2022 23:19:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518383778 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Feb 22 2022 23:20:00 | Quest Diagnostics, Inc., 3 Giralda Farms, Madison, NJ 07940-1027 |
| 518383780 | | Email/Text: clientservices@remexinc.com | Feb 22 2022 23:19:00 | Remex, Inc., Revenue Management Excellance, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518414524 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

Case 19-24907-CMG    Doc 52    Filed 02/24/22    Entered 02/25/22 00:19:14    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: 137 | Total Noticed: 114 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 22 2022 23:19:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518383782 | + | Email/Text: bankruptcy@savit.com | Feb 22 2022 23:20:00 | Savit Collection Agency, 46 West Ferris Street, East Brunswick, NJ 08816-2159 |
| 518383781 | | Email/Text: bankruptcy@savit.com | Feb 22 2022 23:20:00 | Savit Collection Agency, P.O. Box 250, East Brunswick, NJ 08816-0250 |
| 518383787 | | Email/Text: bankruptcy@sw-credit.com | Feb 22 2022 23:19:00 | Southwest Credit Systems, L.P., SW Credit Systems, Inc., 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 518383788 | + | Email/Text: bankruptcy@sw-credit.com | Feb 22 2022 23:19:00 | Southwest Credit Systems, L.P., 5910 West Plano, Suite 100, Plano, TX 75093-2202 |
| 518383791 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:33 | Synchrony Bank, C/O GAP, ATTN: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 518383792 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:56 | Synchrony Bank, C/O TJX Rewards, P.O. Box 965015, Orlando, FL 32896-5015 |
| 518383793 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:33 | Synchrony Bank, C/O TJX Rewards, PO Box 965036, Orlando, FL 32896-5036 |
| 518383800 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:16:06 | Synchrony Bank, C/O Mattress Firm, Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 518499526 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518383797 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:34 | Synchrony Bank, C/O Walmart, Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 518383789 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:56 | Synchrony Bank, C/O GAP, P.O. Box 965005, Orlando, FL 32896-5005 |
| 518383790 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:54 | Synchrony Bank, C/O GAP, PO Box 965036, Orlando, FL 32896-5036 |
| 518383794 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:56 | Synchrony Bank, C/O TJX Rewards, Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 518383799 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:56 | Synchrony Bank, C/O Mattress Firm, P.O. Box 965005, Orlando, FL 32896-5005 |
| 518383798 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:59 | Synchrony Bank, C/O Mattress Firm, PO Box 965036, Orlando, FL 32896-5036 |
| 518383795 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:58 | Synchrony Bank, C/O Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 518383796 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:33 | Synchrony Bank, C/O Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 518385907 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:16:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518383803 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 22 2022 23:15:26 | T-Mobile, Attn: Customer Relations, 12920 SE 38th Street, Belleview, WA 98006 |
| 518383801 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 22 2022 23:15:52 | T-Mobile, Attn: Customer Relations, PO Box 37380, Albuquerque, NM 87176-7380 |
| 518383802 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 22 2022 23:15:50 | T-Mobile, Attn: Customer Relations, PO Box 742596, Cincinnati, OH 45274-2596 |
| 518401346 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 22 2022 23:16:10 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518383804 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 22 2022 23:19:00 | U.S. Bank National Association, 425 Walnut Street, Cincinnati, OH 45202 |

District/off: 0312-3 | User: admin | Page 5 of 6
Date Rcvd: Feb 22, 2022 | Form ID: 137 | Total Noticed: 114

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518383805 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 22 2022 23:19:00 | U.S. Bank National Association, EP-MN-WS4L, West Side Flats, 60 Livingston Avenue, Saint Paul, MN 55107 |
| 518482906 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 22 2022 23:16:10 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518383812 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 22 2022 23:19:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 518383811 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 22 2022 23:19:00 | Verizon, Attn: Billing Office, 236 E. Town Street #170, Columbus, OH 43215-4631 |
| 518383810 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 22 2022 23:19:00 | Verizon, P.O. Box 650584, Dallas, TX 75265-0584 |

TOTAL: 74

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518383808 | *P++ | VENGROFF WILLIAMS INC, PO BOX 4155, SARASOTA FL 34230-4155, address filed with court:, Vengroff Williams, Inc., 8440 North Tamiami Trail, Sarasota, FL 34243 |
| 518383762 | ##+ | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Roger Chavez | on behalf of Joint Debtor Ramon D. Cruz-Nieves rchavez@chavezlegal.com rchavez01@aol.com |
| Roger Chavez | on behalf of Debtor Edith Cruz rchavez@chavezlegal.com rchavez01@aol.com |

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7