| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>ROBERT TREAT CENTER<br>50 PARK PLACE, SUITE 1104<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTORS, EDITH CRUZ AND RAMON D. CRUZ-NIEVES | Order Filed on March 2, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>EDITH CRUZ AND RAMON D. CRUZ-NIEVES,<br><br>DEBTORS. | Case No.: 19-24907/CMG<br><br>Chapter 13<br><br>Judge: Christine M. Gravelle<br><br>Hearing Date: March 2, 2022 @ 9:00AM |

**ORDER APPROVING SETTLEMENT, ATTORNEY'S FEES AND DISBURSEMENT**

The reliefs set forth on the following pages, numbered two (2) through three (3) are hereby **ORDERED**.

**DATED: March 2, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| **Debtors:** | **EDITH CRUZ AND RAMON D. CRUZ-NIEVES** |
| **Chapter 13** | **Case No. 19-24907/CMG** |
| **Caption of Order:** | **ORDER APPROVING SETTLEMENT, ATTORNEY'S FEES AND DISBURSEMENT** |

This matter, being opened to the Court by Roger Chavez, attorney for Debtor, Edith Cruz and coming before the Honorable Christine M. Gravelle on March 2, 2022, seeking an Order Approving Settlement, Attorney's Fees and Disbursement, and for good cause appearing:

**IT IS THEREFORE ORDERED THAT:** The gross settlement offer of $29,552.02 between the Debtor, Edith Cruz and the defendant, C.R. Bard, Inc. (*Cruz v. C.R. Bard, 2:18-cv-02432-DGC [Arizona]*), for personal injuries sustained by the Debtor, Mrs. Cruz is hereby approved.

**IT IS THEREFORE ORDERED THAT:** The attorney's fees to Christopher Kyle Johnston, Esq. of the Law Office of Christopher K. Johnston, LLC and authorized on behalf of Arentz Law Group, P.C., in the amount of $11,820.81 are hereby approved. All other disbursements, including medical expenses and out of pocket expenses incurred by Christopher Kyle Johnston, Esq. of the Law Office of Christopher K. Johnston, LLC in the amount of $5,696.33 are hereby approved.

**IT IS THEREFORE ORDERED THAT:** Christopher Kyle Johnston, Esq. of the Law Office of Christopher K. Johnston, LLC shall disburse $2,300.00 for costs of preparing retention application and prosecuting the herein motion to Roger Chavez, Esq. within ten (10) days of the entry of this order.

**IT IS THEREFORE ORDERED THAT:** The net settlement to the Debtor, Edith Cruz in the amount of $9,734.88 is hereby approved and shall be disbursed to the Debtor within ten (10) days from the entry of this order.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**