|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>ROBERT TREAT CENTER<br>50 PARK PLACE, SUITE 1104<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTORS, EDITH CRUZ AND<br>RAMON D. CRUZ-NIEVES | Order Filed on March 2, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>EDITH CRUZ AND RAMON D. CRUZ-NIEVES,<br><br>DEBTORS. | Case No.: 19-24907/CMG<br><br>Chapter 13<br><br>Judge: Christine M. Gravelle<br><br>Hearing Date: March 2, 2022 @ 9:00AM |

**ORDER APPROVING SETTLEMENT, ATTORNEY'S FEES AND DISBURSEMENT**

The reliefs set forth on the following pages, numbered two (2) through three (3) are hereby **ORDERED**.

**DATED: March 2, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Debtors:**     **EDITH CRUZ AND RAMON D. CRUZ-NIEVES**
**Chapter 13** |    Case No. 19-24907/CMG
**Caption of Order:**    **ORDER APPROVING SETTLEMENT, ATTORNEY'S FEES AND DISBURSEMENT**

---

This matter, being opened to the Court by Roger Chavez, attorney for Debtor, Edith Cruz and coming before the Honorable Christine M. Gravelle on March 2, 2022, seeking an Order Approving Settlement, Attorney's Fees and Disbursement, and for good cause appearing:

**IT IS THEREFORE ORDERED THAT:** The gross settlement offer of $29,552.02 between the Debtor, Edith Cruz and the defendant, C.R. Bard, Inc. (*Cruz v. C.R. Bard, 2:18-cv-02432-DGC [Arizona]*), for personal injuries sustained by the Debtor, Mrs. Cruz is hereby approved.

**IT IS THEREFORE ORDERED THAT:** The attorney's fees to Christopher Kyle Johnston, Esq. of the Law Office of Christopher K. Johnston, LLC and authorized on behalf of Arentz Law Group, P.C., in the amount of $11,820.81 are hereby approved. All other disbursements, including medical expenses and out of pocket expenses incurred by Christopher Kyle Johnston, Esq. of the Law Office of Christopher K. Johnston, LLC in the amount of $5,696.33 are hereby approved.

**IT IS THEREFORE ORDERED THAT:** Christopher Kyle Johnston, Esq. of the Law Office of Christopher K. Johnston, LLC shall disburse $2,300.00 for costs of preparing retention application and prosecuting the herein motion to Roger Chavez, Esq. within ten (10) days of the entry of this order.

**IT IS THEREFORE ORDERED THAT:** The net settlement to the Debtor, Edith Cruz in the amount of $9,734.88 is hereby approved and shall be disbursed to the Debtor within ten (10) days from the entry of this order.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

United States Bankruptcy Court

District of New Jersey

In re:  
Edith Cruz  
Ramon D. Cruz-Nieves  
    Debtors

Case No. 19-24907-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Mar 03, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Edith Cruz, Ramon D. Cruz-Nieves, 2 Kennedy Court, North Plainfield, NJ 07062-2404

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Roger Chavez | on behalf of Joint Debtor Ramon D. Cruz-Nieves rchavez@chavezlegal.com rchavez01@aol.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Mar 03, 2022 Form ID: pdf903 Total Noticed: 1

Roger Chavez
        on behalf of Debtor Edith Cruz rchavez@chavezlegal.com  rchavez01@aol.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7