UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROGER CHAVEZ, ESQ. (RC4040)
ROBERT TREAT CENTER
50 PARK PLACE, SUITE 1104
NEWARK, NEW JERSEY 07102
(973) 735-0530
ATTORNEY FOR DEBTORS, EDITH CRUZ AND RAMON D. CRUZ-NIEVES

**Order Filed on April 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EDITH CRUZ AND RAMON D. CRUZ-NIEVES,

DEBTORS.

Case No.: 19-24907/CMG

Chapter 13

Judge: Christine M. Gravelle

Hearing Date: April 6, 2022 at 12:00PM

## ORDER GRANTING ALLOWANCES FOR SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Debtors:**    **Edith Cruz and Ramon D. Cruz-Nieves**
**Chapter 13 |   Case No. 19-24907/CMG**
**Caption of Order: ORDER GRANTING ALLOWANCES FOR SUPPLEMENTAL CHAPTER 13 FEES**

---

The applicant having certified that legal work additional to basic chapter 13 services has been rendered, and no objections have been raised, it is:

**ORDERED** that Roger Chavez, Esquire, the applicant, is allowed a fee of $2,263.15 for services rendered and expenses in the amount of $36.85 for a total of $2,300.00. The allowance is payable:

☐ $0.00 through the Chapter 13 plan as an administrative priority.

☒ $2,300.00 to be paid outside the plan disbursed from debtor's personal injury net settlement proceeds.

The debtor's monthly plan is modified to require a payment of <u>N/A</u> per month for <u>N/A</u> months to allow for payment of the aforesaid fee.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**