UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROGER CHAVEZ, ESQ. (RC4040)
ROBERT TREAT CENTER
50 PARK PLACE, SUITE 1104
NEWARK, NEW JERSEY 07102
(973) 735-0530
ATTORNEY FOR DEBTORS, EDITH CRUZ AND RAMON D. CRUZ-NIEVES

Order Filed on April 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EDITH CRUZ AND RAMON D. CRUZ-NIEVES,

DEBTORS.

Case No.: 19-24907/CMG

Chapter 13

Judge: Christine M. Gravelle

Hearing Date: April 6, 2022 at 12:00PM

**ORDER GRANTING ALLOWANCES FOR SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: April 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Debtors:** **Edith Cruz and Ramon D. Cruz-Nieves**
**Chapter 13 | Case No. 19-24907/CMG**
**Caption of Order: ORDER GRANTING ALLOWANCES FOR SUPPLEMENTAL CHAPTER 13 FEES**

_____

The applicant having certified that legal work additional to basic chapter 13 services has been rendered, and no objections have been raised, it is:

**ORDERED** that Roger Chavez, Esquire, the applicant, is allowed a fee of $2,263.15 for services rendered and expenses in the amount of $36.85 for a total of $2,300.00. The allowance is payable:

☐ $0.00 through the Chapter 13 plan as an administrative priority.

☒ $2,300.00 to be paid outside the plan disbursed from debtor's personal injury net settlement proceeds.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24907-CMG |
| Edith Cruz | Chapter 13 |
| Ramon D. Cruz-Nieves | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edith Cruz, Ramon D. Cruz-Nieves, 2 Kennedy Court, North Plainfield, NJ 07062-2404 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Roger Chavez | on behalf of Joint Debtor Ramon D. Cruz-Nieves rchavez@chavezlegal.com rchavez01@aol.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 08, 2022 | Form ID: pdf903 | Total Noticed: 1

Roger Chavez
    on behalf of Debtor Edith Cruz rchavez@chavezlegal.com rchavez01@aol.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7