| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Edith Cruz<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1164<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Ramon D. Cruz–Nieves<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7972<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–24907–CMG | | |

## Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edith Cruz                                                          Ramon D. Cruz–Nieves
aka Edith M. Cruz                                               aka Ramon Cruz

10/25/22                                                            **By the court:** Christine M. Gravelle
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24907-CMG |
| Edith Cruz | Chapter 13 |
| Ramon D. Cruz-Nieves | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Oct 25, 2022 | Form ID: 3180W | Total Noticed: 114 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edith Cruz, Ramon D. Cruz-Nieves, 2 Kennedy Court, North Plainfield, NJ 07062-2404 |
| sp | | Christopher Kyle Johnston, Law Office of Christopher Johnston, LLC, PBM 60585 P.O. Box 7775, San Francisco, CA 94120-7775 |
| 518383725 | + | Ashwood Financial Services, 6325-A South East Street, Indianapolis, IN 46227-7111 |
| 518383726 | | Assisting Hands Home Care, A/K/A TYCE LLC, 513 West Mt. Prospect Avenue, Suite 111, Livingston, NJ 07039 |
| 518383735 | + | Chrysler Financial Company LLC, Chryler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518383736 | + | Chrysler Financial Company LLC, Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 518383737 | + | Chrysler Financial Company, LLC, Chrysler Capital, ATTN: Bankruptcy Dept., P.O. Box 961278, Fort Worth, TX 76161-0278 |
| 518383744 | + | David B. Watner, P.O. Box 6189, 1129 Bloomfield Avenue, Suite 208, West Caldwell, NJ 07006-7123 |
| 518383745 | + | Devang G. Patel, MD, 904 Oak Tree Avenue H, South Plainfield, NJ 07080-5126 |
| 518383749 | + | Eastern Dental of Union, LLC, 2115 Route 22 West, Union, NJ 07083-8409 |
| 518383752 | | Edison Radiology Group PA, P.O. Box 2187, Edison, NJ 08818-2187 |
| 518383750 | | Edison Radiology Group PA, 65 James Street, Edison, NJ 08820-3947 |
| 518383751 | | Edison Radiology Group PA, P.O. Box 3271, Indianapolis, IN 46206-3271 |
| 518383753 | + | Gastroenterology Consultants Of SJ, Amherst Commons, Building A, Suite 2, 693 Main Street, Lumberton, NJ 08048-5043 |
| 518383754 | + | Hematology Oncology Consultant, Beaula V. Koduri, MD, 2110 Oak Treet Road, Edison, NJ 08820-1404 |
| 518383759 | + | James Street Anesthesia Associates, 102 James Street, Suite 103, Edison, NJ 08820-3970 |
| 518479888 | | Middlesex Emergency Physician PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518383769 | | Middlesex Emergency Physicians, PA, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 518383768 | | Middlesex Emergency Physicians, PA, 65 James Street, Edison, NJ 08820-3947 |
| 518383772 | + | New Jersey Manufacturers Insurance, 301 Sullivan Way, West Trenton, NJ 08628-3496 |
| 518383771 | + | New Jersey Manufacturers Insurance, 1599 Littleton Road, Parsippany, NJ 07054-3803 |
| 518479876 | | Plainfield Emergency Physician PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518383777 | + | Quality Asset Recovery, LLC, 7 Foster Avenue, Suite 101, Gibbsboro, NJ 08026-1191 |
| 518447106 | + | Suntust Bank, Service Finance Co LLC, 555 S Federal Hwy # 200, Boca Raton, FL 33432-6033 |
| 518383807 | + | University Radiology Group PC, PO Box 1075, 579A Cranbury Road, East Brunswick, NJ 08816-5426 |
| 518383809 | ++ | VENGROFF WILLIAMS INC, PO BOX 4155, SARASOTA FL 34230-4155 address filed with court:, Vengroff Williams, Inc., 368 Veteran's Memorial Highway, Suite 11, Commack, NY 11725 |
| 518383813 | + | Wandaly Cruz, 2 Kennedy Court, North Plainfield, NJ 07062-2404 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 25 2022 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 25 2022 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | | |

Case 19-24907-CMG    Doc 68    Filed 10/27/22    Entered 10/28/22 00:11:34    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 3180W | Total Noticed: 114 |

| | | | |
|---|---|---|---|
| | | Oct 25 2022 20:27:00 | Santander Consumer USA Inc. dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 518383770 | Email/Text: akron_patient_services@teamhealth.com | Oct 25 2022 20:26:00 | Middlesex Emergency Physicians, PA, C/O Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 518383729 | EDI: CINGMIDLAND.COM | Oct 26 2022 00:28:00 | AT&T Wireless, P.O. Box 10330, Fort Wayne, IN 46851-0330 |
| 518383727 | + EDI: CINGMIDLAND.COM | Oct 26 2022 00:28:00 | AT&T Wireless, 17000 Cantrell Road, Little Rock, AR 72223-4266 |
| 518383728 | EDI: CINGMIDLAND.COM | Oct 26 2022 00:28:00 | AT&T Wireless, 1801 Valley View Lane, Dallas, TX 75234-8906 |
| 518383720 | + Email/Text: American@AABinfo.net | Oct 25 2022 20:27:00 | American Adjustment Bureau, P.O. Box 2758, Waterbury, CT 06723-2758 |
| 518383721 | + Email/Text: American@AABinfo.net | Oct 25 2022 20:27:00 | American Adjustment Bureau, 73 Field Street, Waterbury, CT 06702-1906 |
| 518383724 | + Email/PDF: bncnotices@becket-lee.com | Oct 25 2022 20:37:02 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 518383722 | + Email/PDF: bncnotices@becket-lee.com | Oct 25 2022 20:37:14 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 518383723 | Email/PDF: bncnotices@becket-lee.com | Oct 25 2022 20:37:13 | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518419556 | Email/PDF: bncnotices@becket-lee.com | Oct 25 2022 20:37:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518494903 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 20:36:52 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518383732 | EDI: CAPITALONE.COM | Oct 26 2022 00:28:00 | Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 518452607 | + EDI: AIS.COM | Oct 26 2022 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518383730 | EDI: CAPITALONE.COM | Oct 26 2022 00:28:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518383731 | EDI: CAPITALONE.COM | Oct 26 2022 00:28:00 | Capital One Bank USA NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518383739 | + EDI: WFNNB.COM | Oct 26 2022 00:28:00 | Comenity Bank, C/O New York & Company, P.O. Box 182125, Columbus, OH 43218-2125 |
| 518383740 | + EDI: WFNNB.COM | Oct 26 2022 00:28:00 | Comenity Bank, C/O New York & Company, PO Box 182273, Columbus, OH 43218-2273 |
| 518383738 | EDI: WFNNB.COM | Oct 26 2022 00:28:00 | Comenity Bank, C/O New York & Company, PO Box 182789, Columbus, OH 43218-2789 |
| 518383741 | + Email/Text: bankruptcy@credencerm.com | Oct 25 2022 20:27:00 | Credence Resource Management LLC, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 518383742 | + Email/Text: bankruptcy@credencerm.com | Oct 25 2022 20:27:00 | Credence Resource Management LLC, P.O. Box 2147, Southgate, MI 48195-4147 |
| 518383743 | + Email/Text: bankruptcy@credencerm.com | Oct 25 2022 20:27:00 | Credence Resource Management LLC, P.O. Box 2390, Southgate, MI 48195-4390 |
| 518383746 | EDI: DISCOVER.COM | Oct 26 2022 00:28:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 518383747 | EDI: DISCOVER.COM | Oct 26 2022 00:28:00 | Discover Financial Services, PO Box 30943, Salt Lake City, UT 84130 |

Case 19-24907-CMG    Doc 68    Filed 10/27/22    Entered 10/28/22 00:11:34    Desc Imaged
                              Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 3180W | Total Noticed: 114 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 518394485 | EDI: DISCOVER.COM | Oct 26 2022 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518383748 | + EDI: DISCOVER.COM | Oct 26 2022 00:28:00 | Discover Financial Services, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 518383758 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 25 2022 20:27:00 | Hyundai Motor Finance, A/K/A KIA Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 518443784 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 25 2022 20:27:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518383757 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 25 2022 20:27:00 | Hyundai Motor Finance, A/K/A KIA Motors Finance, 4000 Macarthur Boulevard, Suite 1000, Newport Beach, CA 92660-2544 |
| 518383755 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 25 2022 20:27:00 | Hyundai Motor Finance, A/K/A KIA Motors Finance, Credit Dispute, P.O. Box 20835, Fountain Valley, CA 92728-0835 |
| 518383756 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 25 2022 20:27:00 | Hyundai Motor Finance, A/K/A KIA Motors Finance, ATTN: Correspondence, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 518501630 | EDI: JEFFERSONCAP.COM | Oct 26 2022 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518383760 | + Email/Text: abachman@rmbcollect.com | Oct 25 2022 20:27:00 | JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938 |
| 518383761 | + Email/Text: abachman@rmbcollect.com | Oct 25 2022 20:27:00 | JFK Medical Center, P.O. Box 11913, Newark, NJ 07101-4913 |
| 518383733 | EDI: JPMORGANCHASE | Oct 26 2022 00:28:00 | Chase Home Finance, MAIL CODE LA4-6945, 700 Kansas Lane, Monroe, LA 71203 |
| 518383734 | EDI: JPMORGANCHASE | Oct 26 2022 00:28:00 | Chase Home Finance, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 518383763 | ^ MEBN | Oct 25 2022 20:27:42 | KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518383765 | Email/Text: govtaudits@labcorp.com | Oct 25 2022 20:26:00 | LabCorp, Laboratory Corporation Of America, 1250 Chapel Hill Road, Burlington, NC 27215 |
| 518383764 | Email/Text: govtaudits@labcorp.com | Oct 25 2022 20:26:00 | LabCorp, Laboratory Corporation Of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 518383766 | Email/Text: govtaudits@labcorp.com | Oct 25 2022 20:26:00 | LCA Collections, C/O Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 518383767 | + Email/Text: govtaudits@labcorp.com | Oct 25 2022 20:26:00 | LCA Collections, C/O Laboratory Corporation of America, 1250 Chapel Hill Road, Burlington, NC 27215-7141 |
| 518383773 | + Email/Text: bankruptcy@onlineis.com | Oct 25 2022 20:27:00 | Online Information Services, A/K/A Online Collections, P.O. Box 1489, Winterville, NC 28590-1489 |
| 518383774 | + Email/Text: bankruptcy@onlineis.com | Oct 25 2022 20:27:00 | Online Information Services, A/K/A Online Collections, 685 West Firetower Road, Winterville, NC 28590-9232 |
| 518504164 | EDI: PRA.COM | Oct 26 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 518383776 | + EDI: RMSC.COM | Oct 26 2022 00:28:00 | PayPal Credit, P.O. Box 5018, Timonium, MD 21094-5018 |
| 518383775 | + EDI: RMSC.COM | Oct 26 2022 00:28:00 | PayPal Credit, P.O. Box 5138, Timonium, MD 21094-5138 |
| 518491712 | EDI: Q3G.COM | | |

Case 19-24907-CMG    Doc 68    Filed 10/27/22    Entered 10/28/22 00:11:34    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 3180W | Total Noticed: 114 |

| | | | |
|---|---|---|---|
| | | Oct 26 2022 00:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518383779 | Email/Text: BankruptcyMail@questdiagnostics.com | Oct 25 2022 20:27:00 | Quest Diagnostics, Inc., P.O. Box 740985, Cincinnati, OH 45274-0985 |
| 518383778 | + Email/Text: BankruptcyMail@questdiagnostics.com | Oct 25 2022 20:27:00 | Quest Diagnostics, Inc., 3 Giralda Farms, Madison, NJ 07940-1027 |
| 518383780 | Email/Text: clientservices@remexinc.com | Oct 25 2022 20:26:00 | Remex, Inc., Revenue Management Excellance, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518414524 | + Email/Text: enotifications@santanderconsumerusa.com | Oct 25 2022 20:27:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518383782 | + Email/Text: bankruptcy@savit.com | Oct 25 2022 20:27:00 | Savit Collection Agency, 46 West Ferris Street, East Brunswick, NJ 08816-2159 |
| 518383781 | Email/Text: bankruptcy@savit.com | Oct 25 2022 20:27:00 | Savit Collection Agency, P.O. Box 250, East Brunswick, NJ 08816-0250 |
| 518383785 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 25 2022 20:27:00 | Select Portfolio Servicing, Inc., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 518383784 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 25 2022 20:27:00 | Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 518383783 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 25 2022 20:27:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518383786 | + Email/Text: servicing@svcfin.com | Oct 25 2022 20:27:00 | Service Finance Company LLC, 555 South Federal Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 518383787 | Email/Text: bankruptcy@sw-credit.com | Oct 25 2022 20:27:00 | Southwest Credit Systems, L.P., SW Credit Systems, Inc., 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 518383788 | + Email/Text: bankruptcy@sw-credit.com | Oct 25 2022 20:27:00 | Southwest Credit Systems, L.P., 5910 West Plano, Suite 100, Plano, TX 75093-2202 |
| 518383791 | EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, C/O GAP, ATTN: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 518383792 | EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, C/O TJX Rewards, P.O. Box 965015, Orlando, FL 32896-5015 |
| 518383793 | + EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, C/O TJX Rewards, PO Box 965036, Orlando, FL 32896-5036 |
| 518383800 | + EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, C/O Mattress Firm, Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 518499526 | + EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518383797 | + EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, C/O Walmart, Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 518383789 | + EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, C/O GAP, P.O. Box 965005, Orlando, FL 32896-5005 |
| 518383790 | + EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, C/O GAP, PO Box 965036, Orlando, FL 32896-5036 |
| 518383794 | + EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, C/O TJX Rewards, Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 518383799 | + EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, C/O Mattress Firm, P.O. Box 965005, Orlando, FL 32896-5005 |
| 518383798 | + EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, C/O Mattress Firm, PO Box 965036, Orlando, FL 32896-5036 |

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 3180W | Total Noticed: 114 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 518383795 | + | EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, C/O Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 518383796 | + | EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, C/O Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 518385907 | + | EDI: RMSC.COM | Oct 26 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518383803 | | EDI: AISTMBL.COM | Oct 26 2022 00:28:00 | T-Mobile, Attn: Customer Relations, 12920 SE 38th Street, Belleview, WA 98006 |
| 518383801 | | EDI: AISTMBL.COM | Oct 26 2022 00:28:00 | T-Mobile, Attn: Customer Relations, PO Box 37380, Albuquerque, NM 87176-7380 |
| 518383802 | | EDI: AISTMBL.COM | Oct 26 2022 00:28:00 | T-Mobile, Attn: Customer Relations, PO Box 742596, Cincinnati, OH 45274-2596 |
| 518401346 | + | EDI: AIS.COM | Oct 26 2022 00:28:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518383806 | + | EDI: WFFC2 | Oct 26 2022 00:28:00 | U.S. Bank National Association, 101 North Phillips Avenue, Sioux Falls, SD 57104-6738 |
| 518504313 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 25 2022 20:27:00 | U.S. Bank National Association et.al, c/o Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518383804 | | EDI: USBANKARS.COM | Oct 26 2022 00:28:00 | U.S. Bank National Association, 425 Walnut Street, Cincinnati, OH 45202 |
| 518383805 | | EDI: USBANKARS.COM | Oct 26 2022 00:28:00 | U.S. Bank National Association, EP-MN-WS4L, West Side Flats, 60 Livingston Avenue, Saint Paul, MN 55107 |
| 518482906 | + | EDI: AIS.COM | Oct 26 2022 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518383812 | + | EDI: VERIZONCOMB.COM | Oct 26 2022 00:28:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 518383811 | + | EDI: VERIZONCOMB.COM | Oct 26 2022 00:28:00 | Verizon, Attn: Billing Office, 236 E. Town Street #170, Columbus, OH 43215-4631 |
| 518383810 | + | EDI: VERIZONCOMB.COM | Oct 26 2022 00:28:00 | Verizon, P.O. Box 650584, Dallas, TX 75265-0584 |

TOTAL: 87

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518383808 | *P++ | VENGROFF WILLIAMS INC, PO BOX 4155, SARASOTA FL 34230-4155, address filed with court:, Vengroff Williams, Inc., 8440 North Tamiami Trail, Sarasota, FL 34243 |
| 518383762 | ##+ | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0312-3 | User: admin | Page 6 of 6
Date Rcvd: Oct 25, 2022 | Form ID: 3180W | Total Noticed: 114

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Roger Chavez | on behalf of Joint Debtor Ramon D. Cruz-Nieves rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| Roger Chavez | on behalf of Debtor Edith Cruz rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7