**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

ROGER CHAVEZ, ESQ. (RC4040)
ROBERT TREAT CENTER
50 PARK PLACE, SUITE 1104
NEWARK, NEW JERSEY 07102
(973) 735-0530
ATTORNEY FOR DEBTORS, EDITH CRUZ AND
RAMON D. CRUZ-NIEVES

**Order Filed on December 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EDITH CRUZ AND RAMON D. CRUZ-NIEVES,

DEBTORS.

| | |
|---|---|
| Case No: | 19-24907/CMG |
| Chapter: | 13 |
| Hearing Date: | 12/7/2022 @ 9:00AM |
| Judge: | Christine M. Gravelle |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER** (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address): 2 Kennedy Court, North Plainfield, New Jersey 07062 | Lot No. 1, Block No. 2.01 in the Borough of North Plainfield, Somerset County, New Jersey

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: WMC Mortgage Corporation

b. Current Assignee: N/A

c. Current Servicer: JP Morgan Chase Bank, N.A. d/b/a Chase Home Finance

d. Date of Mortgage/Lien: June 21, 2006

e. Date of Recordation: June 30, 2006

f. Place of Recordation: Somerset County Office of the Clerk

   i. Mortgage Book: OPR 5911

   ii. Pages: 472-483

   iii. Instrument No. 2006042274

g. Original Principal Balance of Mortgage/Lien: $83,000.00

---

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

---

*rev.12/1/17*